IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff(s),

v.

MATTHEW REED;
DARRELL DANYLUK;
SHAWN McLAUGHLIN; and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

    Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants McLaughlin's and Concord's Unopposed Motion for Enlargement of Ten Page Limitation for Reply in Support of Motion to Dismiss, filed July 7, 2005, is **GRANTED**.

Dated:  July 11, 2005

                                          s/ Tisa M. Duckworth
                                          Judicial Assistant