IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

   Plaintiff(s),

v.

MATTHEW REED;
DARRELL DANYLUK;
SHAWN McLAUGHLIN; and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

   Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

   Plaintiff's First Motion for Leave to File Surreply (#65), filed July 25, 2005, is **GRANTED**

Dated:  July 27, 2005

                              s/ Tisa M. Duckworth
                              Judicial Assistant