IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff(s),

v.

MATTHEW REED;
DARRELL DANYLUK;
SHAWN McLAUGHLIN; and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion for Leave to File Response to CFTC's Supplemental Brief on Jurisdiction filed September 14, 2005, is **GRANTED**.

    Dated:  September 15, 2005

                                                    s/ Michelle M. Merz
                                                    Law Clerk to
                                                    Wiley Y. Daniel
                                                    U. S. District Judge