IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

MATTHEW REED,
DARRELL DANYLUK,
SHAWN MCLAUGHLIN, and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the individual defendants' **Motion to Stay Discovery Pending Completion of the Government's Criminal Investigation** (the "Motion"), filed October 20, 2005.  Although the initial indication was that the Motion is opposed, the plaintiff subsequently filed a response consenting to the Motion under certain terms.  I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and discovery is stayed as follows:

(1)     All discovery is stayed to and including **May 15, 2005**;

(2)     If the stay has not been lifted, on or before **May 1, 2006**, the parties shall filed a joint status report addressing the status of the criminal investigations and the appropriateness of extending or terminating the stay; and

(3)     A defendant shall file a status report within 10 days of being notified of any of the following: (a) that he is no longer the target of a criminal investigation; (b) that he has been granted immunity; (c) that a disposition has been reached concerning all charges against the defendant; or (d) that the grand jury has returned a no true bill against the defendant.

Dated November 10, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge