IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

	Plaintiff(s),

v.

MATTHEW REED;
DARRELL DANYLUK;
SHAWN McLAUGHLIN; and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

	Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

	Plaintiff's Motion to File Reply to Defendants' Response to Notice of Supplemental Authority, filed March 20, 2006, is **GRANTED**.

	Dated:  March 22, 2006

						s/ Michelle M. Merz
						Law Clerk to
						Wiley Y. Daniel
						U. S. District Judge