IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff(s),

v.

MATTHEW REED;
DARRELL DANYLUK;
SHAWN McLAUGHLIN; and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to File Reply to Defendants' Submission of Additional Supplemental Authority, filed March 31, 2006, is **GRANTED**.

    Dated:  April 4, 2006

                                  s/ Michelle M. Merz
                                  Law Clerk to
                                  Wiley Y. Daniel
                                  U. S. District Judge