IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

      Plaintiff(s),

v.

MATTHEW REED;
DARRELL DANYLUK;
SHAWN McLAUGHLIN; and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

      Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendants' Joint Motion for Leave to File Supplemental Evidence in Support of Motions to Dismiss, filed October 20, 2005, is **DENIED**.

      Dated:  April 4, 2006

                                          s/ Michelle M. Merz
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U. S. District Judge