IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

MATTHEW REED,
DARRELL DANYLUK,
SHAWN MCLAUGHLIN, and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

Defendants.

_____

**ORDER**
_____

This matter is before me on the parties' **Joint Status Report** [Doc. # 100, filed

7/31/2006]. The parties request that I extend the stay of discovery through October 15, 2006, to

allow the criminal investigations against the individual defendants to proceed and the related

negotiations between the government and the individual defendants to be concluded.  Good cause

having been shown:

IT IS ORDERED that the stay of discovery is extended to and including **October 15,**

**2006**.

IT IS FURTHER ORDERED that if the stay has not been lifted, on or before **October 15,**

**2006**, the parties shall file a joint status report addressing the status of the criminal investigations

and the appropriateness of setting deadlines in this case.

IT IS FURTHER ORDERED that an individual defendant shall file a status report within 10 days of being notified of any of the following: (a) that he is no longer the target of a criminal investigation; (b) that he has been granted immunity; (c) that a disposition has been reached concerning all charges against the defendant; or (d) that the grand jury has returned a no true bill against the defendant.

Dated August 30, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge