IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

MATTHEW REED,
DARRELL DANYLUK,
SHAWN MCLAUGHLIN, and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

Defendants.

_____

# ORDER
_____

The parties appeared this morning for a status conference.  Consistent with matters discussed at the status conference:

IT IS ORDERED that the stay of discovery is extended to and including **January 31, 2007**.

IT IS FURTHER ORDERED that a status/scheduling conference is set for **January 31, 2007, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall submit a status report or proposed scheduling order, whichever is appropriate, on or before **January 26, 2007**.

Dated November 15, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge