IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

MATTHEW REED,
DARRELL DANYLUK,
SHAWN MCLAUGHLIN, and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

Defendants.

_____

## ORDER
_____

The parties appeared this morning for a status conference. Consistent with matters discussed at the status conference:

IT IS ORDERED that the stay of discovery is extended to and including **May 15, 2007**.

IT IS FURTHER ORDERED that the parties shall submit a status report on or before **May 10, 2007**.

Dated January 31, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge