IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

MATTHEW REED,
DARRELL DANYLUK,
SHAWN MCLAUGHLIN, and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

Defendants.
_____

## ORDER
_____

The parties submitted their **Joint Status Report** [Doc. # 130] on July 10, 2007. In the Status Report, the defendant suggests that the existing stay of discovery be extended through mid-September 2007.

IT IS ORDERED that the stay of discovery is extended to and including **September 17, 2007**.

IT IS FURTHER ORDERED that the parties shall submit a status report on or before **September 10, 2007**.

Dated July 11, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge