IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

MATTHEW REED,
DARRELL DANYLUK,
SHAWN MCLAUGHLIN, and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

Defendants.

_____

### ORDER

_____

The parties submitted their **Joint Status Report** [Doc. # 138] on November 9, 2007.  In

the Status Report, the defendant suggests that the existing stay of discovery be extended through

mid-January 2008.

IT IS ORDERED that the stay of discovery is extended to and including **March 14, 2008**.

IT IS FURTHER ORDERED that the parties shall submit a status report on or before

**March 7, 2008**.

Dated November 9, 2007.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge