IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

MATTHEW REED,
DARRELL DANYLUK,
SHAWN MCLAUGHLIN, and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference. Consistent with matters discussed at that conference:

IT IS ORDERED that the stay of discovery previously entered in this case is VACATED.

IT IS FURTHER ORDERED that a scheduling conference is set for **April 14, 2008, at 3:00 p.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before **April 10, 2008**. Counsel may appear at the scheduling conference by telephone, but they must make prior arrangements to do so by contacting my administrative assistant, Estee Fraitag, at 303-844-6408.

Dated March 28, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge