IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

MATTHEW REED,
DARRELL DANYLUK,
SHAWN MCLAUGHLIN, and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Withdraw Counsel** [docket no. 153, filed May 20, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and attorney Joseph F. Vargyas is withdrawn from the representation of plaintiff and is to be removed from the electronic service.

DATED: May 20, 2008