IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

MATTHEW REED,
DARRELL DANYLUK,
SHAWN MCLAUGHLIN, and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion for Protective Order** [docket no. 169, filed July 21, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.


DATED: July 22, 2008