IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

MATTHEW REED,
DARRELL DANYLUK,
SHAWN MCLAUGHLIN, and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend the Scheduling Order** [docket no. 178, filed September 30, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
      The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 15, 2008**;

      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 15, 2009**;

| | |
|---|---|
| Fact Discovery Deadline: | **December 15, 2008**; |
| Expert Discovery Deadline: | **March 16, 2009**; |
| Dispositive Motion Deadline: | **February 16, 2009**. |

DATED: October 1, 2008