IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00178-WYD-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

     Plaintiff(s),

v.

MATTHEW REED;
DARRELL DANYLUK;
SHAWN McLAUGHLIN; and
CONCORD ENERGY, LLC, a Colorado limited liability corporation,

     Defendant(s).

---

## ORDER

---

THIS MATTER is before the Court on the parties Joint Motion for Entry of

Consent Order As to Defendant Matthew Reed, filed November 3, 2008 (docket #182).

Having reviewed the motion and the premises therein, it is hereby

ORDERED that the parties Joint Motion for Entry of Consent Order As to

Defendant Matthew Reed, filed November 3, 2008 (docket #182) is **GRANTED.**


     Dated:  November 13, 2008

                       BY THE COURT:
                       s/ Wiley Y. Daniel
                       Wiley Y. Daniel
                       U. S. District Chief Judge